IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| **NATASHA QUIATES, individually and on behalf of all others similarly situated,**<br><br>    Plaintiff<br><br>**v.**<br><br>**EVOLVE BANK & TRUST**<br><br>    Defendant | Case No.  3:24-cv-000114-KGB<br><br>**CLASS ACTION** |

## NOTICE OF RELATED CASES

COMES NOW the Plaintiff, Natasha Quiates, individually and on behalf of all other similarly situated, by and through her counsel, Poynter Law Group, PLLC, and for her Notice of Related Cases, states:

1. Plaintiff Natasha Quiates filed this class-action complaint against Evolve Bank & Trust on June 28, 2024.

2. On the same day, Tracy Starling filed a class-action complaint against Evolve Bank & Trust. *Starling et al. v. Evolve Bank & Trust*, Case No. 4:24-cv-00549-JM. The allegations in the Starling complaint are similar to the allegations in this case.

3. On the same day, Gabriel Stiritz filed a class-action complaint against Evolve Bank & Trust. *Stiritz et al. v. Evolve Bank & Trust*, Case No. 4:24-cv-00550-JM. The allegations in the Stiritz complaint are similar to the allegations in this case.

4. Plaintiff was unaware of these same-day filings until after she had already filed her class-action complaint.

5. On July 3, 2024, Joanna Franz and Mark Hingle filed a class-action complaint against Evolve Bank & Trust. *Franz et al. v. Evolve Bank & Trust*, Case No. 4:24-cv-00566-DPM. The allegations in the Franz complaint are similar to the allegations in this case.

6. Of the three cases filed on June 28, 2024, two were assigned to Judge James Moody, Jr. In the spirit of judicial economy, this case should be reassigned to Judge Moody. *See* Gen. Order 39(b)(5).

7. This case will likely draw the same motions, raise similar procedural and substantive issues, and require consideration of the same facts. To promote judicial economy, one judge should consider these nearly identical cases. Because Judge Moody was assigned two of the three cases filed on June 28, 2024, Plaintiff requests reassignment of this case to Judge Moody. Both the parties and the Court would benefit from this reassignment.

WHEREFORE, pursuant to General Order 39(b)(5), Plaintiff seeks reassignment of this case to Judge Moody.

DATED: July 10, 2024   Respectfully submitted,

**POYNTER LAW GROUP, PLLC**

_(signature)_

Scott Poynter, Ark. Bar No. 90077
scott@poynterlawgroup.com
Daniel Holland, Ark. Bar No. 2018237
daniel@poynterlawgroup.com
Scout Snowden, Ark. Bar No. 2021210
scout@poynterlawgroup.com
Clay Ellis, Ark. Bar No. 2023183
clay@poynterlawgroup.com
**POYNTER LAW GROUP**
4924 Kavanaugh Blvd.
Little Rock, AR 72207
(501) 812-3943

Daniel Srourian, CA Bar No. 285678*
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Pro Hac Vice pending*